UNITED STATES of America, Plaintiff–Appellee

v.

Oscar GARCIA–QUIROZ, Defendant–Appellant.

No. 09–10051

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Oscar Garcia–Quiroz presents arguments that he concedes are foreclosed by *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Gerald T. DROUGHT, Individually and on Behalf of All Others Similarly Situated, Plaintiff–Appellant

v.

STATE FARM LLOYDS INC., Defendant–Appellee.

No. 09–50100.

United States Court of Appeals, Fifth Circuit.

Oct. 9, 2009.

Benjamin Ray Guerra, Martin & Drought, San Antonio, TX, for Plaintiff–Appellant.

Christopher Bryan Freeman, Carlton Fields, Atlanta, GA, Joseph A. Cancila, Jr., Schiff Hardin LLP, Chicago, IL, Christopher Bryan Freeman, David V. Jones, Jones, Kurth, Andrews & Ortiz, San Antonio, TX, for Defendant–Appellee.

Before BARKSDALE, SOUTHWICK, and HAYNES, Circuit Judges.

published and is not precedent except under

502

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.